
MIDLOTHIAN VA 23112
SHIP TO:
CLERK OF COURT
13364553175
CLERK OF COURT
401 W EVANS ST
FLORENCE SC 29501-3405
SC 295 0-01
UPS GROUND
TRACKING #: 1Z E57 20W 03 9176 1400
BILLING: P/P
Location: ODS06639
Type of Shipment: Cust Del
WNTNV90 33.0A 08/2020
TM
Part # 156297-435 RRDB EXP 10/26
new case